**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**New Haven Division**

| | |
|---|---|
| Reham Ellebani | : CHAPTER 13 |
|    DEBTOR | : CASE NO. 19-30012 |
| | |
| U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust | |
|    MOVANT | : RE: ECF NO. |
| | |
| VS | |
| | |
| Reham Ellebani | |
|    DEBTOR | |
| Roberta Napolitano, TRUSTEE | : October 2, 2019 |
|    RESPONDENTS | |

## STIPULATION CONCERNING RELIEF FROM STAY

U.S. Bank Trust, N.A., As Trustee for LSF11 Master Participation Trust (the "Movant") and Reham Ellebani (the "Debtor") (collectively, the "parties") enter into this Stipulation in order to resolve the issues raised in the Motion for Relief from Automatic Stay, Docket No. 53 (the "Relief Motion").

### Background

1. On January 4, 2019, the Debtor filed a voluntary petition under Chapter 13 of Title 11 of the Code with this Court.

2. The Debtor has an address of 519 Pond Point Avenue, Milford, CT 06460-7534 (hereinafter referred to as the "Property") which is subject to a security interest held by Movant.

3. The parties have reached an agreement with respect to the Property and the Relief Motion the terms of which are set forth below:

### Agreement

Based on the foregoing, upon approval of this Stipulation by the Court:

1.  The Debtor acknowledges and agrees that Movant is the holder of the Note and Mortgage secured by the Property.

2.  The Debtor further acknowledges and agrees that he is presently in default of his payment obligations to Movant under the terms and provisions of the Note and Mortgage for failure to make the post-petition monthly installments due for July 1, 2019 – September 1, 2019 in the monthly amount of $1,366.87, less suspense funds of $16.26, plus attorney fees and costs of $1,031.00, for a total Arrearage owing to be paid over the 6 month stipulation is $5,115.35. ("Arrearage").

3.  The Debtor hereby agrees that the Arrearage of $5,115.35 by making a lump sum payment of $1,366.87 upon the execution of this Stipulation. The remaining $3,748.48 shall be paid on the 1st of each month commencing on October 1, 2019 with the last payment being due March 1, 2020 pursuant to the following schedule:

### Stipulation Payment Schedule

| Payment Due Date | Monthly Payment Amount * | Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| October 1, 2019 | $1,366.87 | $624.75 | $1,991.62 |
| November 1, 2019 | $1,366.87 | $624.75 | $1,991.62 |
| December 1, 2019 | $1,366.87 | $624.74 | $1,991.61 |
| January 1, 2020 | $1,366.87 | $624.74 | $1,991.61 |
| February 1, 2020 | $1,366.87 | $624.74 | $1,991.61 |
| March 1, 2020 | $1,366.87 | $624.74 | $1,991.61 |

***The parties agree that the monthly mortgage payment may change during the term of this stipulation in the event a mortgage payment change takes place pursuant to the underlying loan documents. The Debtor agrees that should a payment change take place, the Debtor will pay the adjusted amount.**

4.  Commencing on October 1, 2019, and monthly thereafter, the Debtor shall make the regular monthly post-petition payments of $1,366.87, or as adjusted pursuant to the underlying loan documents, in accordance with the terms and conditions of the note and mortgage.

5.  All payments made pursuant to this Stipulation must be made directly to Caliber Home Loans,

P.O. Box 24330, Oklahoma City, OK 73124.

6. **IN THE EVENT THE DEBTOR FAILS TO MAKE THE PAYMENTS AS DESCRIBED IN PARAGRAPH 3 HEREIN; <u>OR UPON THE FAILURE OF THE DEBTOR TO MAKE PAYMENTS BEYOND THOSE NECESSARY TO CURE A PRIOR POST PETITION DEFAULT AS DESCRIBED IN PARAGRAPH 4 HEREIN,</u> ITS ATTORNEYS MAY FILE A CERTIFICATE OF NON-COMPLIANCE WITH A PROPOSED ORDER TO BE SIGNED BY THIS COURT WITH A COPY PROVIDED TO THE DEBTOR.  THE DEBTOR SHALL HAVE SEVEN (7) DAYS FROM THE DATE OF THE FILING OF THE CERTIFICATE WITHIN WHICH TO CURE ANY ALLEGED PAYMENT DEFAULT OR TO CONTEST THE ALLEGATIONS CONTAINED IN SAID CERTIFICATE.  AFTER 7 DAYS, THE COURT MAY EXECUTE AN ORDER TERMINATING THE AUTOMATIC STAY IMPOSED BY SECTION 362(A) OF THE CODE RELATIVE TO THE PROPERTY.**

7. The Parties stipulate, acknowledge and agree that nothing contained herein shall constitute a waiver, relinquishment or modification of the rights of Movant under the terms and provisions of the Note and any applicable state, federal or local law.

8. The Parties further acknowledge and agree that upon approval hereof the terms and provisions of this Stipulation shall be enforceable as a duly entered order of this Court.

9. The Parties further acknowledge and agree that the terms of this stipulation shall be null and void if the case is converted or dismissed.

THE UNDERSIGNED CONSENT TO THE ENTRY OF THIS ORDER

**THE MOVANT**
U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust

Dated: 10/2/2019

By /s/Linda J. St. Pierre
Linda J. St. Pierre, Esq.
McCalla Raymer Leibert Pierce, LLC
50 Weston St.
Hartford, CT 06120
Telephone No. (860) 808-0606
Federal Baer No. 22287

                                  **THE DEBTOR Attorney**

Dated: 10/2/2019                          By  /s/Stuart Caplan
                                                      Stuart Caplan, Esq.

                                  **THE TRUSTEE**

Dated: 10/2/2019                          By  /s/Roberta Napolitano
                                                      Roberta Napolitano

**SO ORDERED**

Dated at Hartford, Connecticut this 2nd day of October, 2019

                                                        _____
                                                        Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### New Haven Division

| | | |
|---|---|---|
| Reham Ellebani | : | CHAPTER 13 |
|    DEBTOR | : | CASE NO. 19-30012 |
| | | |
| U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust | | |
|    MOVANT | : | RE: ECF NO. |
| | | |
| VS | | |
| | | |
| Reham Ellebani | | |
|    DEBTOR | | |
| Roberta Napolitano, TRUSTEE | : | October 2, 2019 |
|    RESPONDENTS | | |

### CERTIFICATION

I hereby certify that a copy of the foregoing was served upon all of the following parties, either by operation of the Court's electronic filing system or first class mail, on this 2nd day of October, 2019.

Reham Ellabani
519 Pond Point Avenue
Milford, CT 06460
(Debtor)

Neil Crane                                          *(served via ECF notification)*
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518
(Debtor's Attorney)

Roberta Napolitano                                  *(served via ECF notification)*
10 Columbus Boulevard
6th Floor
Hartford, CT 06106
(Trustee)

U.S. Trustee                                        *(served via ECF notification)*
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

                                                   /s/ Linda J. St. Pierre
                                                   Linda J. St. Pierre